

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00767-CV

**IN RE TX-CMS** d/b/a Construction Management Specialties

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  January 22, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On October 31, 2013, relator filed a petition for writ of mandamus complaining of the trial court's order limiting the discovery which may be sought from the former attorney of the real parties in interest. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013CI07687, styled *TX-CMS, Inc. d/b/a Construction Management Specialties v. Carlos and Victoria Roca*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.